THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS PERKINS, Appellant.— Appeal dismissed. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DORA HERMAN, etc., Appellant, v. WILLIAM J. DOYLE, Sheriff, etc., and Others, Respondents.— Appeal dismissed, without costs. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WEST SHORE TRACTION COMPANY, Appellant, v. FREDERICK W. BAUER and Others, etc., Respondents. — Appeal dismissed, without costs. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

CATHERINE QUINN, Respondent, v. ELLEN McCRYSTAL, Appellant, Impleaded with Another.— Appeal dismissed, without costs. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

RICHMOND ASSETS COLLECTING COMPANY, Respondent, v. ALBERT H. GROSS, Defendant, and PHILIP KLEEBERG, Appellant.— Appeal dismissed, without costs. Present — Jenks, P. J., Rich, Blackmar and Jaycox, JJ.

AUSTIN G. SCULLY, Appellant, v. WALTER P. TAYLOR, Respondent.— Appeal dismissed, without costs. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

PAUL SINNEK, Appellant, v. BEADLESTON & WOERZ, Respondent.— Appeal dismissed, without costs. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

DAVID S. SKINNER, Appellant, v. THE BROOKLYN HEIGHTS RAILROAD COMPANY, Respondent.— Appeal dismissed, without costs. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

ANNA STACKLER, as Administratrix, etc., Respondent, v. HAROLD R. TALBOT, Appellant.— Appeal dismissed, without costs. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

PAULINE STERNBERGER and Another, as Executors and Trustees, etc., Respondents, v. RANDOLPH M. SMILEY, Appellant.— Appeal dismissed, without costs. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

ORVILLE C. TERWILLIGER, Respondent, v. MILES-TIGHE CONTRACTING COMPANY, Appellant.— Appeal dismissed, without costs. Present — Jenks, P. J., Rich, Blackmar and Jaycox, JJ.

GEORGE VOLZ, Appellant, v. THE MANHATTAN BEACH HOTEL AND LAND COMPANY (LIMITED), Respondent.— Appeal dismissed, without costs. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.